IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LOPEZ and ALVARO SOTO ALGUACIL *Plaintiffs*, | : |
| v. | : CIVIL ACTION NO. 22-0911 |
| MICHAEL YUN and GMP SOUND, LLC *Defendants*. | : |

**ORDER**

AND NOW, this 11th day of April 2022, it is hereby ORDERED that Defendants' Preliminary Objections to Plaintiffs' Complaint be STRICKEN from the docket.[1]

BY THE COURT:

/s/ C. Darnell Jones, II  J.

---

[1] Earlier this day, Defendants filed Preliminary Objections to Plaintiffs' Complaint, pursuant to Rule 1028 of the Pennsylvania Rules of Civil Procedure. (ECF No. 4.) However, said Rules are not applicable to the instant matter. Defendants are directed to familiarize themselves with the both the Federal and Local Rules governing civil practice in the Eastern District of Pennsylvania before filing any further documents. *See Mala v. Crown Bay Marina, Inc.*, 704 F.3d 239, 245 (3d Cir. 2013) ("[Pro Se litigants] cannot flout procedural rules — they must abide by the same rules that apply to all other litigants.") (citing *McNeil v. United States*, 508 U. S. 106, 113 (1993)) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel.").